UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS<br> *Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE & MEDICAID SERVICES (CMS); KAREN L. TRITZ, in her official capacity as Director of the Survey and Operations Group for CMS; DAVID R. WRIGHT, in his official capacity as Director of the Quality Safety and Oversight Group for CMS,<br> *Defendants.* | Civil Action No. 5:22-CV-185 |

### STATE OF TEXAS'S CERTIFICATE OF INTERESTED PERSONS

NOW COMES Plaintiff the State of Texas and hereby certifies that the following persons or entities may have a financial interest in the outcome of this litigation:

**Parties:**

1. United States Department of Health and Human Services
2. Xavier Becerra
3. Centers for Medicare & Medicaid Services
4. Karen L. Tritz
5. David R. Wright
6. State of Texas

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief, General Litigation Division
Texas Bar No. 24087727
Christopher.Hilton@oag.texas.gov

*/s/ Amy Snow Hilton*
**AMY SNOW HILTON**
Assistant Attorney General
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov

**WILLIAM D. WASSDORF**
Assistant Attorney General
Texas Bar No. 24103022
Will.Wassdorf@oag.texas.gov

**CHARLES K. ELDRED**
Special Counsel for Legal Strategy
Texas Bar No. 00793681
Charles.Eldred@oag.texas.gov

Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

**COUNSEL FOR THE STATE OF TEXAS**