IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al.,<br><br>   Defendants. | Civil Action No. 5:22-cv-185-H |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.11, please enter the appearance of Alexander N. Ely as counsel of record for Defendants in the above-captioned action.

Dated: August 5, 2022   Respectfully submitted,

           BRIAN M. BOYNTON
           Principal Deputy Assistant Attorney General

           ERIC BECKENHAUER
           Assistant Branch Director

           */s/ Alexander N. Ely*
           ALEXANDER N. ELY (DC Bar No. 230008)
           Trial Attorney
           United States Department of Justice
           Civil Division, Federal Programs Branch
           1100 L Street NW, Washington, DC 20005
           Tel: (202) 616-8244; Fax: (202) 616-8470
           alexander.n.ely@usdoj.gov

           *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on August 5, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants.

/s/ Alexander N. Ely
Alexander N. Ely

*Counsel for Defendants*