**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

|  |  |
|---|---|
| STATE OF TEXAS, et al.,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services, et al.,<br><br>*Defendants.* | Civil Action No. 5:22-cv-00185 |

**[PROPOSED] ORDER**

Having considered the Medical and Public Health Societies' unopposed motion for leave to file a brief as *amici curiae* in opposition to Plaintiffs' motion for a temporary restraining order and preliminary injunction, the Court hereby GRANTS the Medical and Public Health Societies' motion.[1] The Court further GRANTS the Medical and Public Health Societies leave to proceed without local counsel pursuant to Local Civil Rule 83.10(a).

Dated: _____          _____

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] The Medical and Public Health Societies are the American College of Emergency Physicians, the American College of Obstetricians and Gynecologists, the American Medical Association, the Society for Maternal-Fetal Medicine, the National Medical Association, the National Hispanic Medical Association, the American Academy of Pediatrics, the American Academy of Family Physicians, the American Public Health Association, and the American Academy of Emergency Medicine Residents and Students Association.