UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

XAVIER BECERRA, Secretary of Health and Human Services, et al.,

    Defendants.

No. 5:22-CV-185-H

## ORDER

On August 23, 2022, the Court granted the plaintiffs' motion for preliminary injunction (Dkt. No. 22) and denied the defendants' motion to dismiss (Dkt. No. 38). Dkt. No. 73. Given that the Court received extensive briefing, evidence, and oral argument during the preliminary-injunction proceedings, the Court orders the parties to file a joint status report by no later than September 9, 2022. The parties must inform the Court how they propose to proceed and the requested timeline for doing so.

    The parties should inform the Court:

- Whether either side needs discovery, and if so, the types of discovery sought and the timeline for obtaining it;

- Whether either side plans to introduce additional evidence for the Court's consideration in analyzing the appropriateness and scope of the plaintiffs' requested permanent injunction;

- If additional evidence will be offered, whether the parties will agree to a bench trial for taking evidence and hearing argument;

- Whether the parties prefer to proceed on summary-judgment briefing and, if so, whether the parties will continue to stipulate to the admissibility of witness declarations and affidavits;

- Whether the parties are willing and able to submit an agreed stipulation of facts; and

- Whether the parties have any other proposals regarding scheduling and discovery that they believe will facilitate the expeditious and orderly disposition of this case.

To the extent the parties disagree on any of these matters, the joint report should explain each side's proposal. Following the joint status report, the Court will issue an appropriate scheduling order.

So ordered on August 29, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE