UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services, et al.,<br><br>    Defendants. | No. 5:22-CV-185-H |

## **ORDER**

Before the Court is Defendants' Motion to Extend the Answer Deadline, which the plaintiffs do not oppose. Dkt. No. 85. For the reasons stated in the defendants' motion, the motion is granted. Responsive pleadings are due September 27, 2022.

So ordered on September 2, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE