UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STATE OF TEXAS, et al.,

    Plaintiffs,

v.

XAVIER BECERRA, Secretary of Health and Human Services, et al.,

    Defendants.

No. 5:22-CV-185-H

## ORDER

Before the Court is Defendants' Motion for Clarification. Dkt. No. 86. The defendants indicate (*id.* at 2) that, after conferring with the plaintiffs, the motion is opposed. Plaintiffs must file a response no later than September 12, 2022.

So ordered on September 2, 2022.

                                                  JAMES WESLEY HENDRIX
                                                UNITED STATES DISTRICT JUDGE