UNITED STATES DISTRICT
COURT NORTHERN DISTRICT
OF TEXAS LUBBOCK DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br>    *Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, et al.,<br>    *Defendants*. § § § § § § § § | CIVIL ACTION NO. 5:22-CV-00185 |

## JOINT STATUS REPORT

In accordance with this Court's Order [Dkt. #100], the Parties submit this Joint Status Report.

The Parties propose the Court (1) direct entry of a final judgment under Federal Rule of Civil Procedure 54(b) as to the two claims the Court addressed in the Memorandum Opinion and Order granting Plaintiffs' Motion for Preliminary Injunction for the reasons stated in that opinion and order, and (2) stay the remaining claims pending resolution of Defendants' appeal. Specifically, the Parties propose the Court enter partial final judgment with respect to Plaintiffs' Count 2 (alleging that the HHS Guidance (Abortion Mandate) exceeds statutory authority) and Plaintiffs' Count 3 (alleging that Defendants failed to conduct notice and comment in accordance with the requirements of the Medicare Act). *See* Dkt. #18 (Plaintiffs' Amended Complaint) at 22–25; Dkt. #73 (Memorandum Opinion and Order granting Preliminary Injunction) at 39, 55. Defendants would then intend to appeal the partial final judgment, reserving all rights, and the Parties agree that it would be most efficient to stay the remaining claims pending resolution of Defendants' appeal. Thus, the Parties respectfully request that the Court enter a partial final

judgment pursuant to Rule 54(b), and certify that there is "no just reason for delay" pursuant to that Rule. Fed. R. Civ. P. 54(b). Because an appeal of a partial final order on these claims would provide further clarity regarding whether Plaintiffs are entitled to the relief ordered in the Court's injunction, an immediate appeal is in the interest of both parties and would further judicial economy. The Parties accordingly agree that there is "no just reason for delay." *Id.*

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief, General Litigation Division
Texas Bar No. 24087727
Christopher.Hilton@oag.texas.gov

*/s/ Amy S. Hilton*
**AMY SNOW HILTON**
Assistant Attorney General
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov

**WILLIAM D. WASSDORF**
Assistant Attorney General
Texas Bar No. 24103022
Will.Wassdorf@oag.texas.gov

**CHARLES K. ELDRED**
Special Counsel for Legal Strategy
Texas Bar No. 00793681
Charles.Eldred@oag.texas.gov

Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

**COUNSEL FOR THE STATE OF TEXAS**

*/s/Ryan L. Bangert*
**RYAN L. BANGERT**
TX Bar No. 24045446
rbangert@ADFlegal.org

**MATTHEW S. BOWMAN**
DC Bar No. 993261
mbowman@ADFlegal.org

**JULIE MARIE BLAKE**
VA Bar No. 97891
jblake@ADFlegal.org

Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622

**COUNSEL FOR AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS AND GYNECOLOGISTS, AND CHRISTIAN MEDICAL AND DENTAL ASSOCIATIONS**

**BRIAN M. BOYNTON**
Principal Deputy Assistant Attorney General

**BRIAN D. NETTER**
Deputy Assistant Attorney General

**JENNIFER RICKETTS**
Director, Federal Programs Branch

**ERIC B. BECKENHAUER**
Assistant Branch Director

*/s/ Christopher Healy*
**CHRISTOPHER HEALY**
**ALEXANDER N. ELY**
**KATE TALMOR**
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
Tel: (202) 616-8244; Fax: (202) 616-8470
alexander.n.ely@usdoj.gov
kate.talmor@usdoj.gov
Christopher.Healy@usdoj.gov

**COUNSEL FOR DEFENDANTS**

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been sent by electronic notification through ECF by the United States District Court, Northern District of Texas, Lubbock Division, on December 9, 2022.

                                                 */s/ Amy S. Hilton*
                                                 **AMY SNOW HILTON**
                                                 Assistant Attorney General