# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

December 22, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-11037    State of Texas v. Becerra  
                        USDC No. 5:22-CV-185

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Melissa V. Mattingly, Deputy Clerk  
504-310-7719

Mr. Ryan L. Bangert  
Ms. Julie Marie Blake  
Mr. Matthew Scott Bowman  
Mr. Nicholas S. Crown  
Mr. Christopher D. Hilton  
Ms. Karen S. Mitchell  
Ms. McKaye Lea Neumeister  
Mr. Michael S. Raab  
Ms. Natalie Deyo Thompson