# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Feb 26, 2024**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**
January 2, 2024

Lyle W. Cayce
Clerk

No. 23-10246

_____

STATE OF TEXAS; AMERICAN ASSOCIATION OF PRO-LIFE OBSTETRICIANS & GYNECOLOGISTS; CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS,

*Plaintiffs—Appellees*,

*versus*

XAVIER BECERRA; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; CENTERS FOR MEDICARE AND MEDICAID SERVICES; KAREN L. TRITZ; DAVID R. WRIGHT,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:22-CV-185

_____

Before SOUTHWICK, ENGELHARDT, and WILSON, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 23-10246

IT IS FURTHER ORDERED that each party to bear its own costs on appeal.